In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Executor and Trustee under the Will of AUGUSTE SCHNITZLER, Deceased; THOMAS B. DYETT, Special Guardian for JOACHIM HEINRICH SCHMIDT, an Infant, Appellant.

TITLE GUARANTEE AND TRUST COMPANY, Executor and Trustee, et al., Respondents.

Argued May 19, 1943; decided June 18, 1943.

*James N. Vaughan* for, and *Thomas B. Dyett* in person as, Special Guardian, appellant.

*Louis J. Merrell* and *Louis J. Moss* for Title Guarantee and Trust Company, Executor and Trustee, respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate, on the authority of *Matter of West* (289 N. Y. 423). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.